# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JARELL D TERRY**  PLAINTIFF
ADC #149998C

v.  No. 2:19-cv-134-DPM-JTR

**J. DYCUS**, Deputy Warden, East
Arkansas Regional Unit Max, ADC, *et al.*  DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Ray's unopposed partial recommendation, *Doc. 27*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Terry may proceed with his § 1983 claims against Kelly, Branch, Dycus, and Doe. Terry's claims against Perry and Woods are dismissed without prejudice for failure to state a claim. His claims against Lyles, Beale, Norment, Jenkins, Brown, Shirley, Munn, Sykes, Wilson, Woodard, Moore, Washington, Andrews, and McCoy are voluntarily dismissed without prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2020