# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JARELL D. TERRY**                                          **PLAINTIFF**
**ADC #149998C**

v.                     No. 2:19-cv-134-DPM-JTR

**J. DYCUS**, Deputy Warden, East
Arkansas Regional Unit Max, ADC, *et al.*          **DEFENDANTS**

## ORDER

Terry's motion to dismiss Defendant Lyles, *Doc. 13*, is denied as moot. *Doc. 29*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 July 2020