IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JARELL D. TERRY**  PLAINTIFF
**ADC #149998C**

v.  No. 2:19-cv-134-DPM

**JAMES DYCUS, Deputy Warden,**
**East Arkansas Regional Unit, ADC,**
*et al.*  DEFENDANTS

## ORDER

**1.** The Court withdraws the reference.

**2.** Terry's motion to voluntarily dismiss, *Doc. 127*, is granted. This case will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

**3.** All pending motions are denied without prejudice as moot.

So Ordered.

D.P. Marshall Jr.
United States District Judge

19 May 2021