# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JARELL D. TERRY**  
ADC #149998C                                          PLAINTIFF

v.                    No. 2:19-cv-134-DPM

**JAMES DYCUS, Deputy Warden,**  
**East Arkansas Regional Unit, ADC,**  
*et al.*                                              DEFENDANTS

## JUDGMENT

This case is dismissed without prejudice.

*[signature]*

D.P. Marshall Jr.  
United States District Judge

19 May 2021